STATE OF LOUISIANA          *          NO. 2021-KA-0409

VERSUS                      *          COURT OF APPEAL

ISSA L. LAMIZANA JR.        *          FOURTH CIRCUIT

                            *          STATE OF LOUISIANA

                            *

                            *
                    * * * * * * *


JCL     LOBRANO, J., CONCURS IN THE RESULT.